[No. 47969-5-I.    Division One.    March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GAYLENE JOY CROMMETT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-01774-3, Ellen J. Fair and Richard J. Thorpe, JJ., entered January 10, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 47988-1-I.    Division One.    March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SARA JAMAR MALVERN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-02140-6, Anita L. Farris, J., entered January 18, 2001. *Affirmed* by unpublished per curiam opinion. Now published at 110 Wn. App. 811.

[No. 47992-0-I.    Division One.    March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE RANGEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-09843-6, Bruce W. Hilyer, J., entered January 9, 2001. *Remanded* by unpublished per curiam opinion.

[No. 48047-2-I.    Division One.    March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAYTON CROFTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-05049-8, Gregory P. Canova, J., entered February 8, 2001. *Dismissed* by unpublished per curiam opinion.